UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FT. WAYNE DIVISION

| | |
|---|---|
| Debbie Eason, | : |
| | : |
| | : Civil Action No.: 1:14-cv-00077-JTM-RBC |
| Plaintiff, | : |
| v. | : |
| | : |
| Anthony Wayne Credit Adjusters, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Debbie Eason ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 17, 2014

Respectfully submitted,

By ____/s/ Amy L. Cueller____

Amy L. Cueller, Esq., 315052-49
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
acueller@lemberglaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Northern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Amy L. Cueller

                                                  Amy L. Cueller